UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| Ketones Rule, LLC, | No. 4:23-CV-00446-ALM |
| Plaintiff, | |
| v. | |
| Pruvit Ventures, Inc., a Texas corporation, | |
| Defendant. | |

## **AMENDED (UNOPPOSED) MOTION TO APPEAR VIRTUALLY AT JUNE 16, 2023 HEARING**

Ketones Rule's counsel, Michael McCormick, will appear in person for the June 16, 2023 hearing to present argument on behalf of Plaintiff/Movant Ketones Rule, LLC. Ketones Rule's co-counsel, Emily Ward, and Ketones Rule's principal, Michael Rutherford, cannot attend in person—for cost reasons. As such, Ketones Rule respectfully requests that this Court allow both Ms. Ward (who will only be listening in, not presenting argument) and Mr. Rutherford (who will also only be listening in) to appear virtually either by videoconference or telephonically for the June 16 hearing.

In accordance with Local Rule CV-7, Ketones Rule provides the attached proposed order.

DATED this 14th day of June, 2023.

*/s/ Emily Ward*
Emily Ward (*pro hac vice,* AZ Bar No. 029963)
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5482
Email: eward@fennemorelaw.com

Michael Y. McCormick (TX Bar No. 13461030)
MCCORMICK & BOYD PLLC
800 Town and Country, Suite 300
Houston, TX 77024
Telephone:  (713) 254-0099
Email:  michael@mccormickandboyd.com

*Counsel for Plaintiff Ketones Rule, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk's Office by using the CM/ECF system on June 14, 2023.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Emily Ward*
Emily Ward (*pro hac vice,* AZ Bar No. 029963)
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5482
Email: eward@fennemorelaw.com

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h) & (i), on June 14, 2023, undersigned counsel conferred with Defendant's counsel, Kelly Klevit, who indicated that Pruvit does not oppose the instant Motion.

DATED this 14th day of June, 2023.

/s/ Emily Ward
Emily Ward (*pro hac vice,* AZ Bar No. 029963)
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5482
Email: eward@fennemorelaw.com

29399352