UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| Ketones Rule, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Pruvit Ventures, Inc., a Texas corporation, <br><br> Defendant. | No. 4:23-CV-00446-ALM |

## ORDER GRANTING AMENDED (UNOPPOSED) MOTION TO APPEAR VIRTUALLY AT JUNE 16, 2023 HEARING

The Court, having considered the Amended (Unopposed) Motion of Plaintiff/Movant Ketones Rule, LLC co-counsel, Emily Ward, and Ketones Rule's principal, Michael Rutherford, to appear virtually (either by videoconference or telephonically) for the June 16 hearing,

IT IS HEREBY ORDERED that Emily Ward and Michael Rutherford may appear virtually (either by videoconference or telephonically) for the June 16 hearing.