UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Ketones Rule, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Pruvit Ventures, Inc., a Texas corporation,<br><br>      Defendant.<br><br>Brian Underwood,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>Michael Rutherford,<br><br>      Third-Party Defendant. | No. 4:23-CV-00446-ALM |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal with Prejudice filed by all parties, and good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

**SIGNED this 20th day of July, 2023.**

_/s/ Amos Mazzant_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE